UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAVIER MENDOZA-CHAVARIN,

Defendant.
______________________________________/

**INDICTMENT**

The Grand Jury charges:

**Aggravated Felon Reentry**

On or about September 5, 2025, in Ingham County, in the Western District of Michigan, Southern Division,

**JAVIER MENDOZA-CHAVARIN,**

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or to reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)(G)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

Donald Daniels
DONALD DANIELS
Assistant United States Attorney